

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Zimmerman Truck Lines, Inc., and Chad Frymire, | § | No. 08-17-00131-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| Katrina Pastran, | § | (TC# 2012DCV04303) |
| Appellee. | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **November 11, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Oscar A. Lara, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before November 11, 2017.

IT IS SO ORDERED this 11th day of October, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.